EUGENIA SILBERFELD, Appellant, *v.* SWISS BANK CORPORATION, Defendant and Third-Party Plaintiff-Respondent. HENRI PLESSNER, Third-Party Defendant-Respondent.

Submitted May 14, 1951; decided June 1, 1951.

*Borris M. Komar* for motion.

*William St. John Tozer* and *Herman S. Axelrod* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the required papers were not filed in this court within the time limited by subdivision 3 of section 592 of the Civil Practice Act.